IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BEN JUNIOR GOBLE, )
)
Petitioner, )
)
v. ) CIVIL ACTION NO. 02-CO-1501-S
)
JOE HOPPER, COMMISSIONER, )
ALABAMA DEPARTMENT OF )
CORRECTIONS, and BILL PRYOR, )
ATTORNEY GENERAL FOR THE )
STATE OF ALABAMA, )
)
Respondents. )

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice.

An appropriate order will be entered.

DONE, this ____ day of July, 2003.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE